IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00085-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CASEY COVINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's Motion to Seal [DE 98]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the Motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 97 and all exhibits attached thereto until further order of the court.

SO ORDERED this 1st day of December, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE